396 A.2d 832

Gallagher, Appellant, v. Murphy.

Argued October 25, 1978. George C. Entenmann, for appellant; Paul H. Titus, for appellee.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.

396 A.2d 832

Gibbs v. Forsberg et al. (et al., Appellant).

Argued October 24, 1978. Thomas W. Kuster, for appellant; Cyril T. Garvey, for appellee, Gibbs.

Before VAN der VOORT, SPAETH and LIPEZ, JJ.

Judgment affirmed.